IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02542-BNB

DeANDRE D. PRUITT,

    Plaintiff,

v.

SGT. MIKE ATWOOD,
SGT. PARTIN, #530297,
R.N. DEBERKOW, #530297,
C/O JONES, and
SGT. KNUDTON, #530297,

    Defendants.

---

ORDER OF DISMISSAL

---

    Plaintiff, DeAndre D. Pruitt, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. Mr. Pruitt, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order entered on October 11, 2012, Magistrate Judge Boyd N. Boland granted Mr. Pruitt leave to proceed pursuant to § 1915 and instructed him to pay a $2.00 initial partial filing fee. Magistrate Judge Boland also instructed Mr. Pruitt that if he is unable to pay the initial partial filing fee he must file a current certified account statement that shows cause why he has no assets and no means by which to pay the fee.

    Magistrate Judge Boland warned Mr. Pruitt that the action would be dismissed without further notice if either he failed to pay the initial partial fee within thirty days or in the alternative he failed to show cause why he is unable to do so.

Mr. Pruitt now has failed to communicate with the Court within the time allowed. The action will be dismissed without prejudice for failure to comply because Mr. Pruitt has failed either to pay the $2.00 initial partial filing fee or to show cause as required under § 1915 why he is unable to do so.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Pruitt files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure either to pay the initial partial filing fee or in the alternative to show cause.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  19th  day of      November      , 2012.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court