IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02542-LTB

DeANDRE D. PRUITT,

    Plaintiff,

v.

SGT. MIKE ATWOOD,
SGT. PARTIN, #530297,
R.N. DEBERKOW, #530297,
C/O JONES, and
SGT. KNUDTON, #530297,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 19, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 19 day of November, 2012.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/ S. Grimm
                                    Deputy Clerk